GEORGIA BRADLEY, Respondent, v. WALTER BLOUNT et al., Defendants, and ROCHESTER TRANSIT CORPORATION, Defendant-Appellant.—

Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

RICHARD MERLAU, Respondent, v. TOILET GOODS SALES, INC., Appellant.—

Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

(June 29, 1943.)

ROLAND WHEELER et al., Respondents, v. JOHN P. BURKE, Individually and as President-Secretary of International Brotherhood Pulp, Sulphite and Paper Mill Workers of the United States, Canada, and Newfoundland, et al., Appellants.—

Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

CHARLOTTE GRAMPP et al., Respondents, v. JULIA M. GOERGEN et al., Appellants.—

Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

JACK QUEEN, an Infant, by MARTHA QUEEN, His Guardian ad Litem, Respondent-Appellant, v. WARREN W. BECK, Respondent, and JOHN P. BEGLEY, Appellant-Respondent.—

Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

BENITA BISHOP, Respondent, v. JOHN J. BISHOP, Appellant.—

Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.